**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **DAVID KELLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:18-cv-1297 (TSE/IDD)** |
| | ) | |
| **TARGET CORPORATION,** | ) | |
| **dba Target and/or Target Stores, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Target Corporation, by and through its undersigned counsel, and in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: <u>November 13, 2018</u>    Respectfully Submitted,

**Target Corporation
dba Target and/or Target Stores, Inc.**

By   /s/  *Elizabeth M. Ebanks*
Elizabeth M. Ebanks, Esquire
Virginia State Bar Number 72111
elizabeth.ebanks@ogletreedeakins.com
Scott A. Siegner, Esquire
Virginia State Bar Number 89570
scott.siegner@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel.:    (804) 663-2330
Fax:    (855) 843-1809

*Counsel for Defendant*

## Certificate of Service

I hereby certify that on this 13th day of November 2018, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff:

Donna L. Biderman, Esquire
Virginia State Bar No.: 40818
Law Office of Donna L. Biderman, PLLC
4015 Chain Bridge Road
Suite 32
Fairfax, Virginia  22030
Voice: (703) 966-5434
Fax: (888) 450-8569
dbiderman@bidermanlaw.com

*Counsel for Plaintiff*


By   /s/  *Elizabeth M. Ebanks*
Elizabeth M. Ebanks, Esquire
Virginia State Bar Number 72111
elizabeth.ebanks@ogletreedeakins.com
Scott A. Siegner, Esquire
Virginia State Bar Number 89570
scott.siegner@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel.:    (804) 663-2330
Fax:     (855) 843-1809

*Counsel for Target*